THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
John Lewis Wilson,       
Appellant.
 
 
 

Appeal From York County
Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2003-UP-575
Submitted July 15, 2003  Filed October 
 1, 2003   

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia, for Appellant
Attorney Henry Dargan McMaster; Chief Deputy Attorney General John W. McIntosh; 
 Assistant Deputy Attorney General Charles H. Richardson, of Columbia, Thomas 
 E. Pope, of York, for Respondent(s).
 
 
 

PER CURIAM:  John Lewis Wilson appeals his 
 nolo contendere plea to two counts of second degree burglary and two counts 
 of grand larceny.  The trial judge sentenced Wilson to fifteen years, suspended 
 upon the service of twelve years with three years probation, and payment of 
 restitution on each of the second degree burglary charges.  Wilson was sentenced 
 to ten years, suspended on the service of five years with five years probation 
 on the grand larceny charges.  All the sentences were to run concurrently.
Pursuant to Anders v. California, 
 386 U.S. 738 (1967), counsel for Wilson attached to the final brief a petition 
 to be relieved as counsel, stating she had reviewed the record and concluded 
 Wilsons appeal is without legal merit sufficient to warrant a new trial.  Wilson 
 did not file a separate pro se response.
After a thorough review of the record 
 pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 
 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.